The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GILLIG LLC, a California limited liability company,<br><br>    Defendant. | Case No. 2:24-cv-01398-RSL<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendant Gillig LLC ("Defendant"), by and through its counsel, respectfully request the time for Defendant's Response to Plaintiff's Complaint ("Plaintiff's Complaint"), Dkt. 1, be extended by thirty (30) days as follows:

Defendant's Response to Plaintiff's Complaint:   Due on or before **November 12, 2024**

This motion is for good cause and not for the purpose of delay. Defendant requires additional time to investigate the complaint allegations, including through discussion with plaintiff, and potentially explore settlement. Plaintiff's counsel has been advised of this request and does not oppose the instant motion.

Accordingly, Defendant respectfully requests the deadline for its response to Plaintiff's Complaint be extended as noted above.

DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
#5693707 v3 / 77234-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED this 2nd day of October, 2024.

*/s/Medora A. Marisseau*
Medora A. Marisseau, WSBA No. 23114
Karr Tuttle Campbell
701 Fifth Ave., Ste. 3300
Seattle, WA  98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: mmarisseau@karrtuttle.com

*Attorneys for Defendant*

DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT - 2
#5693707 v3 / 77234-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# ORDER

Pursuant to Defendant's Unopposed motion to extend the response deadline, this extension is adopted as set forth below.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **Deadline for Defendant to file a Response to Plaintiff's Complaint** | *October 10, 2024* | *November 12, 2024* |

IT IS SO ORDERED.

DATED this 3rd day of October, 2024.

                                                     _____
                                                     The Honorable Robert S. Lasnik
                                                     United States District Judge

DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT - 3
#5693707 v3 / 77234-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100